UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19CR00032-KDB-DSC-1

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

                                              **ORDER**

**ALEJANDRO MAURICIO TOVAR FIGUEROA,**

    **Defendant,**

This **MATTER** is before the Court on its own Motion to administratively close the case as to **ALEJANDRO MAURICIO TOVAR FIGUEROA**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

    Signed: April 20, 2020

Kenneth D. Bell
United States District Judge